**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SUKHDEEP SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-264-R |
| | ) | |
| KRISTI NOEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the Court is the Respondents' Motion to Strike Document 9 [Doc. No. 10].

For good cause shown, the Motion is GRANTED.

Accordingly, the Response to Petitioner's Writ of Habeas Corpus in Opposition

filed on March 10, 2026 is stricken and will not be ruled upon by the Court.

IT IS SO ORDERED this 16th day of March, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1